UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY THOMAS,

           Plaintiff,

    v.

SATOMI, a California Corporation,

           Defendant.

No. 2:24-cv-01495-TLN-CSK

**ORDER**

Plaintiff Anthony Thomas ("Plaintiff") filed the instant action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 21). No objections were filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 21) are ADOPTED IN FULL;

2. Plaintiff's motion for default judgment (ECF No. 16) is GRANTED;

3. Defendant is found and declared to be in violation of Title III of the Americans with Disabilities Act;

4. Plaintiff is awarded statutory damages under the Unruh Act in the amount of $4,000;

5. Plaintiff is awarded reasonable attorneys' fees in the amount of $2,325 for Mr. Chatila and $525 for Mr. Menton for a total amount of $2,850;

6. Plaintiff is awarded costs and litigation expenses in the amount of $405;

7. Defendant is ordered to make the following modifications to the business known as Satomi, located at 819 11th Street, Tracy, California 95376 (the "Property"), such that each item is brought into compliance with the accessibility requirements of the Americans with Disabilities Act and California Code of Regulations, Title 24, as follows:

   a. Provide a properly configured, located, and identified accessible parking space;

   b. Provide a properly configured accessible route from the accessible parking space to the entrance of the Property; and

   c. Provide an accessible entrance with proper operating pressures; and

8. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: March 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2